NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ANGEL C RAMOS, *Petitioner*.

No. 1 CA-CR 24-0151 PRPC

FILED 02-25-2025

Petition for Review from the Superior Court in Maricopa County
No. CR2015-150831-001
The Honorable Danielle J. Viola, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Christine A. Davis
*Counsel for Respondent*

Angel C. Ramos, Eloy
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Cynthia J. Bailey, Vice Chief Judge Randall M. Howe, and Judge Andrew M. Jacobs delivered the decision of the Court.

---

**PER CURIAM**:

¶1        Petitioner Angel Ramos seeks review of the superior court's order denying his petition for post-conviction relief.  This is petitioner's second successive petition.

¶2        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3        We have reviewed the record in this matter[1], the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not established an abuse of discretion.

¶4        We grant review and deny relief.



**MATTHEW J. MARTIN • Clerk of the Court**
**FILED**:        JR

---

[1] We have considered Petitioner's filing entitled "Judicial Notice of Adjudicative Facts A.R.E. Rule 201," which the court deems as a motion to supplement the record and accordingly denies.